**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6825**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTOINE JONES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Solomon Blatt, Jr., Senior District Judge. (9:09-cr-00145-SB-1; 9:11-cv-70101-SB)

_____

Submitted: June 14, 2012         Decided: June 20, 2012

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Antoine Jones, Appellant Pro Se. Michael Rhett DeHart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Jones filed a notice of appeal in his 28 U.S.C.A. § 2255 (West Supp. 2011) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Jones seeks to appeal neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2